

FILED

2018 JUN -7  AM 9: 48

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARILYN JAMES,

    Plaintiff,

v.

CITIBANK, N.A.,

    Defendant.

CASE NO. 3:18-cv-729-J-32PDB

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT,** pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, defendant Citibank, N.A. ("Citi") hereby removes the action entitled *Arilyn James v. Citibank, N.A.*, which is pending in the Circuit Court for the Fourth Judicial Circuit of Florida, in and for Duval County, Case No. 16-2018-CA-000294-XXXX-MA (the "Action"), to the United States District Court for the Middle District of Florida on the following grounds:

    1.    Citi received service of the Summons and Complaint in the Action on May 8, 2018. A copy of the docket sheet from the Duval County proceeding is attached as *Exhibit A*. Copies of the Summons, Complaint, and all other relevant filings are attached hereto as *Exhibit B*.

    2.    Citi has timely filed this Notice of Removal within 30 days of service of the Summons and Complaint. *See* 28 U.S.C. § 1446(b).

    3.    The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Citi pursuant

45353225;1

to the provisions of 28 U.S.C. § 1441(a) because Plaintiff, Arilyn James, alleges violations of the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 (*see* Complaint at Count One) a claim which is created by and arises under federal law. Supplemental jurisdiction over other claims in the Action arising under state law exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

4. This Court is the proper district court and division for removal because the Action is pending in Duval County, Florida.

5. Citi is simultaneously filing a copy of this Notice of Removal of Action with the state court in the Action. Citi will serve Plaintiff with copies of this Notice of Removal and the notice filed in the Action. A copy of the Notice of Removal to be filed in Duval County is attached as *Exhibit C*.

6. By virtue of this Notice of Removal of Action and the notice filed in the Action, Citi does not waive its rights to assert any personal jurisdictional defenses or other motions including Rule 12 motions, motions to compel arbitration, or both, as otherwise permitted by the Federal Rules of Civil Procedure.

7. Citi certifies, to the best of its knowledge, that: true and legible copy of all process, pleadings, orders, and other papers or exhibits now on file in the state court have been attached to this Notice of Removal of Action; and there are no motions pending in the state court.

Dated: June 7, 2018

Respectfully submitted,

**AKERMAN LLP**

*/s/ Sarah R. Craig*
Sarah R. Craig
Florida Bar No.: 99359
sadie.craig@akerman.com
401 East Jackson St., Suite 1700
Tampa, Florida 33602
Phone: 813-223-7333
Fax:    813-218-5410

and

Jacob A. Brown
Florida Bar No. 0170038
jacob.brown@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

*Attorneys for Citibank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been filed via CM/ECF electronic filing system on June 7, 2018, and thereby served upon counsel of record:

Todd M. Davis, Esq.
William C. Handle, Esq.
Davis Law Firm
Bank of America Tower
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

*/s/ Sarah R. Craig*
Attorney

3

45353225;1