## Case 16-2018-CA-000294-XXXX-MA

| Department | Circuit Civil | Division | CV-A |
|---|---|---|---|
| Case Status | OPEN | File Date | 1/16/2018 6:59:39 PM |
| Judge Name | WALLACE, III, WADDELL A. | Officer | |
| Private Attorney | Handle, William Charles | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| ARILYN JAMES | PLAINTIFF / | 50 N. LAURA STREET, 2500 JACKSONVILLE, FL32202 |
| CITIBANK N.A. | DEFENDANT / B | 701 EAST 60TH STREET NORTH SIOUX FALLS, SD57104 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Handle, William Charles Private Attorney (1002425) | 50 N Laura St Ste 2500 Jacksonville, FL322023646 | ARILYN JAMES (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 01/17/2018 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 01/17/2018 | CIR/GENERALCIVIL 3/1/2012 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 1/15/2018 1/17/2018 | DEMAND FOR JURY TRIAL | | |
| 2 | -- | 1/16/2018 1/17/2018 | COVER SHEET | 2 | Request View on request |
| 3 | -- | 1/16/2018 1/17/2018 | COMPLAINT | 36 | Available VOR, Ready to view |
| 4 | -- | 1/16/2018 1/17/2018 | SUMMONS ISSUED CITIBANK, N.A. | 3 | Request View on request |

Exhibit A

| 5 | -- | 1/16/2018<br>1/17/2018 | OTHER NEGLIGENCE -- BUSINESS TORTS | | |
| 6 | -- | 1/17/2018<br>1/17/2018 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 3099698 | 1 | Available<br>Public access |
| 7 | -- | 5/9/2018<br>5/11/2018 | SUMMONS RETURNED INDICATING SERVICE CITIBANK, N.A. (CORP. SERV. TANYA JAVERS AS LEGAL DEPT. SPECIALIST ) 05/08/18 @ 03:23 PM | 1 | Available<br>Public access |

Exhibit A

16-2018-CA-000294-XXXX-MA

Filing # 66611624 E-Filed 01/16/2018 06:59:39 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.  CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>FOURTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u> COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>Arilyn James</u>
Plaintiff
         vs.
<u>Citibank N.A.</u>
Defendant

**II.  TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☒ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

Exhibit B



## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

**III. REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☒ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

**IV. NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

2

**V. IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

**VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature s/ William C. Handle     FL Bar No.: 1002425
    Attorney or party                                              (Bar number, if attorney)

    William C. Handle    01/16/2018
    (Type or print name)                                           Date

16-2018-CA-000294-XXXX-MA
CV-A

Filing # 66611624 E-Filed 01/16/2018 06:59:39 PM

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT IN AND
FOR DUVAL COUNTY, FLORIDA

ARILYN JAMES,

        Plaintiff,

v.

                                          CASE NO:

CITIBANK, N.A.,

        Defendant.

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:

                      Citibank, N.A.
                      701 East 60th Street North
                      Sioux Falls, SD 57104

    You are required to serve written defenses to the complaint or petition on Davis Law Firm, whose address is 50 North Laura Street Jacksonville, Florida 32202, within 20 days after service of this summons, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

*RR*
*5/8/18*
*APS-3*
*323PM*

DATED on January 17, 2018.

RONNIE FUSSELL
CLERK OF THE CIRCUIT COURT

Clerk of the Court

By: Haley Brown



As Deputy Clerk

\*\*\*
**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).
If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la

persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous

**Plaintiff's Attorney:**

WILLIAM C. HANDLE, ESQ.
DAVIS LAW FIRM
50 N. Laura Street
Suite 2500
Jacksonville, FL 32202
904-400-1429 (T)
904-638-8800 (F)
TD@DavisPLLC.com

Filing # 71906574 E-Filed 05/09/2018 03:06:52 PM

| | | |
|---|---|---|
| Arilyn James,<br>Vs.<br>Citibank, N.A., | Plaintiff(s)<br><br>Defendant(s) | Service of Process by:<br>Action Process Serving 1-605-360-2881<br>2522 W. 41st St., #213<br>Sioux Falls, SD 57105 |

Davis Law Firm
50 N. Laura St., Ste. 2500
Jacksonville, FL 32202

Affidavit of Service
Service of Process on:
Citibank, N.A.
Case No. 16-2018-CA-000294

State of South Dakota )
                      :ss
County of Minnehaha )

**Name of Server:** Richard Rober, undersigned, being duly sworn, deposes and states that at the time of service; he was over the age of eighteen, was not a party to this action and is an Elector in the State of South Dakota;

**Date/Time of Service:** 5/8/18 @ 3:23 PM

**Place of Service:** 701 E. 60th St. North, Sioux Falls, SD 57104

**Documents Served:** The undersigned served the Documents described as:

Summons; Complaint for Injunctive Relief and Damages; and Civil Cover Sheet

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served by Hand Delivery upon:

**Citibank, N.A.**
Service was made by Serving Tanya Javers as the Legal Dept. Specialist, who is authorized to accept service.

Undersigned declares under penalty of Perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and Sworn to before me this
_____ 9th _____ Day of May 2018

_____
Notary Public   (Commission Expires)
                    8-29-2023

[Notary Seal: JULIE A. SKILES, NOTARY SEAL PUBLIC, STATE OF SOUTH DAKOTA]